# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JOHN P. OWENS & TARA L. OWENS  
P.O. BOX 165  
POPLAR GROVE, IL 61065

Case Number: 07-72366  
SSN-xxx-xx-2778 & xxx-xx-9269

Case filed on: 10/1/2007  
Plan Confirmed on:

X Converted   Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,650.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 1,000.00 | 1,000.00 | 1,000.00 | 0.00 |
|  | Total Legal | 1,000.00 | 1,000.00 | 1,000.00 | 0.00 |
| 999 | JOHN P. OWENS | 0.00 | 0.00 | 580.48 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 580.48 | 0.00 |
| 001 | MIDWEST TITLE LOANS | 1,200.00 | 1,200.00 | 0.00 | 0.00 |
| 002 | HOMEQ SERVICING CORPORATION | 11,848.97 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 13,048.97 | 1,200.00 | 0.00 | 0.00 |
| 001 | MIDWEST TITLE LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ACCOUNTS RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | BRIGHTBILL ERICSON EYE ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | C.B. ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | FLATIRON FINANCIAL SERVICES INC | 16,636.76 | 16,636.76 | 0.00 | 0.00 |
| 007 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CREDITORS PROTECTION SERVICE, INC | 585.46 | 585.46 | 0.00 | 0.00 |
| 009 | DENTAL GROUP OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | H E STARK AGENCY INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | I.C. SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MARLIN INTGRATED CAPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MERCHANTS CREDIT GUIDE CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NICOR GAS COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | AMERICREDIT | 2,077.21 | 2,077.21 | 0.00 | 0.00 |
| 018 | REHABILITATION ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | SOLOMAN & SOLOMAN, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | US DEPARTMENT OF EDUCATION | 4,288.70 | 4,288.70 | 0.00 | 0.00 |
| 022 | UIC CLINICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | VILLAGE OF POPLAR GROVE | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ASSET ACCEPTANCE CORP | 235.33 | 235.33 | 0.00 | 0.00 |
|  | Total Unsecured | 23,823.46 | 23,823.46 | 0.00 | 0.00 |
|  | Grand Total: | 37,872.43 | 26,023.46 | 1,580.48 | 0.00 |

Total Paid Claimant:  $1,580.48  
Trustee Allowance:  $69.52  
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 05/14/2008     By /s/Heather M. Fagan